**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARNOLDO MARCELINO CHEVEZ-ALVAREZ,<br>Petitioner,<br>v.<br>WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | CASE NO. 5:26-cv-06506-SK<br>**JUDGMENT** |

Pursuant to the court's Order Denying Petition for Writ of Habeas Corpus, IT IS ADJUDGED that this action under 28 U.S.C. § 2241 is dismissed.

DATED: November 5, 2026

HON. STEVE KIM
United States Magistrate Judge